IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.200.194.131

**ISP:** Comcast Cable
**Physical Location:** Spring, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/10/2018 14:19:43 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 06/10/2018 14:16:45 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 02/10/2018 14:34:45 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 12/16/2017 14:28:53 | 5E7275441FA969D7E565D76821D2E92D8CB55FA2 | Five Reasons to Love Sex with Blondes |
| 12/16/2017 14:26:14 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 01/21/2017 21:11:43 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 01/21/2017 21:11:11 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

STX196